```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISCTRICT COURT
                       WESTERN DISCTRICT OF WASHINGTON
 8                                AT TACOMA
    UNITED STATES OF AMERICA          │   NO.  CR05-5529FDB
 9                                    │
                              Plaintiff,│
10                                    │   Stipulated Order Continuing Trial
                                      │
11        v.                          │
    ALEJANDRO JIMINEZ-MAGALLON         │
12  ALEJANDRO OROZCO-CASTANEDA         │
    ABEL LUNA-CEJUDO                  │
13  ISMAEL ESPINO-ZAMORA,             │
                                      │
14                                    │
                              Defendants.│
15
                                    **Order**
16
         Mr. Orozco-Castaneda moves the Court to continue the trial set to begin
17
   September 19, 2005 as well as related court deadlines.  All parties stipulate to the
18
   continuance.  Having reviewed the moving papers, and records and files herein, the
19
   Court finds that the ends of justice will be served by ordering a continuance of trial.
20
   A continuance is needed in light of the recent receipt of discovery, the language
21
   barriers of several defendants and the need for defense counsel to have sufficient
22
```

Order Continuing Trial

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881

time to review discovery with their clients. These factors outweigh the interests of the public in a more speedy trial, within the meaning of 18 USC 3161(h)(8)(A). Accordingly, the Court GRANTS the motion and ORDERS that the new trial date be set for January 9, 2006. It is further ORDERED that the pretrial motions cut-off date shall be September 26, 2005. The period of time from the current trial date of September 19, 2005 up to and including the new trial date of January 9, 2006 shall be excludable time pursuant to the Speedy Trial Act, 18 USC 3161.

Entered this 17th date of August, 2005.

   /s/ Franklin D Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:
By: /s/_____
   PHIL BRENNAN, WSBA #25711*
   Attorney for Def. Orozco-Castaneda; Date: 8/4/05

Agreed to per email authorization to PB:
By: /s/_____
   Ron Ness, Atty for Jiminez-Magallon; Date: 8/4/05
By: /s/_____
   Miriam Schwartz, Atty for Luna-Cejudo; Date: 8/4/05
By: /s/_____
   Keith MacFie, Atty for Espino-Zamora; Date: 8/4/05
By: /s/_____
   Doug Hill, AUSA; Date: 8/4/05

Order Continuing Trial

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881