The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEJANDRO JIMENEZ-MAGALLON,<br>ABEL LUNA CEJUDO and ISMAEL<br>ESPINO-ZAMORA,<br><br>    Defendants. | NO. CR05-5529FDB<br><br>AGREED ORDER TO CONTINUE TRIAL,<br>TO RESET PRETRIAL MOTIONS DEADLINE AND THE PRETRIAL CONFERENCE |

THIS MATTER having come on upon the motion of Roger A. Hunko, attorney for Alejandro Jimenez-Magallon for a continuance of the trial date, presently set for January 9, 2006. The attorney for the government and the other defendant's having no objection to the continuance and the court finding that pursuant to 18 U.S.C. 3161(b)(8)(A) that the ends of justice will best be served by continuing the trial in this case to afford Mr. Magallon effective assistance of counsel and that these factors outweigh the best interests of the defendants in a more speedy trial,

IT IS HEREBY ORDERED that the trial date of January 9, 2006 is hereby stricken and the new trial date is March 6, 2006. The period of time from January 9, 2006, up to and including the new trial date of March 6, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A); and,

Order to Continue Trial
and Pre-trial Conference

THE LAW OFFICE
Wecker-Hunko and Bougher
569 E, Division St.
Port Orchard, WA 98366
Tel: 360 876 1001

1

1  IT IS FURTHER ORDERED that the pretrial motions deadline is extended to January 24, 2006 with the pretrial conference rescheduled to February 24, 2006 at 2:30 p.m.

Dated this 4th day of January, 2006.

_____
Franklin D. Burgess
United States District Court Judge

Presented by:

/s/ Roger A. Hunko_____
ROGER A. HUNKO, WSBA 9295
Attorney for Alejandro Jimenez Magallon

Copy Received:

/s/ approved by telephone_____
Karen Unger, WSBA _____
Attorney for Ismael Espino Zamora

/s/ approved by telephone_____
Miriam Schwarz, WSBA _____
Attorney for Abel Luna Cejudo

/s/ approved by telephone
Douglas Hill
Assistant United States Attorney

Order to Continue Trial
and Pre-trial Conference

2

THE LAW OFFICE
Wecker-Hunko and Bougher
569 E, Division St.
Port Orchard, WA 98366
Tel: 360 876 1001